222 So.2d 881

**STATE ex rel. Homer Phillip STIDHAM**

**v.**

**C. Murray HENDERSON, Warden Louisiana State Penitentiary.**

**No. 49896.**

June 5, 1969.

In re: Homer Phillip Stidham applying for writ of habeas corpus.

Writ denied. The showing made does not warrant the relief prayed for.

222 So.2d 881

**STATE ex rel. George BUCHERT**

**v.**

**C. Murray HENDERSON, Warden Louisiana State Penitentiary.**

**No. 49898.**

June 5, 1969.

In re: George Buchert applying for writ of mandamus.

Writ refused. Relator is not entitled to the relief sought. See 15:574.9, subd. E.